**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Terravista Partners - Pecan Manor, Ltd.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **The Villas of Pecan Manor** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **74-2935612** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**6840 Pecan Valley Dr.**<br>**San Antonio, TX 78223**<br>Number, Street, City, State & ZIP Code<br><br>**Bexar**<br>County | **Mailing address, if different from principal place of business**<br><br>**3306 Roselawn Rd.**<br>**San Antonio, TX 78226**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Terravista Partners - Pecan Manor, Ltd.**  Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor  **Terravista Partners - Pecan Manor, Ltd.**　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Terravista Partners - Pecan Manor, Ltd.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2019**
MM / DD / YYYY

X **/s/ Philip W. Stewart**
Signature of authorized representative of debtor

**Philip W. Stewart**
Printed name

Title **President of Terravista Corporation**

**18. Signature of attorney**

X **/s/ William B. Kingman**
Signature of attorney for debtor

Date **May 6, 2019**
MM / DD / YYYY

**William B. Kingman**
Printed name

**Law Offices of William B. Kingman, PC**
Firm name

**3511 Broadway**
**San Antonio, TX 78209**
Number, Street, City, State & ZIP Code

Contact phone **(210) 829-1199**   Email address **bkingman@kingmanlaw.com**

**11476200 TX**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

Debtor **Terravista Partners - Pecan Manor, Ltd.**
Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Terravista Partners - Hidden Village, Ltd.** | | Relationship to you | | **Affiliate** |
| District | **Western District of Texas** | When **12/04/18** | Case number, if known | | **18-52901** |
| Debtor | **Terravista Partners - Roselawn, Ltd.** | | Relationship to you | | **Affiliate** |
| District | **Western District of Texas** | When **5/06/19** | Case number, if known | | **TBD** |
| Debtor | **Terravista Partners - Spanish Spur, Ltd.** | | Relationship to you | | **Affiliate** |
| District | **Western District of Texas** | When **5/06/19** | Case number, if known | | **TBD** |
| Debtor | **Terravista Partners - Westwood, Ltd.** | | Relationship to you | | **Affiliate** |
| District | **Western District of Texas** | When **5/06/19** | Case number, if known | | **TBD** |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

**Fill in this information to identify the case:**

Debtor name: **Terravista Partners - Pecan Manor, Ltd.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2019**

X **/s/ Philip W. Stewart**
Signature of individual signing on behalf of debtor

**Philip W. Stewart**
Printed name

**President of Terravista Corporation**
Position or relationship to debtor

---

Official Form 202 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:
Debtor name: **Terravista Partners - Pecan Manor, Ltd.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Law Offices of R. David Fritsche<br>921 Proton Rd.<br>San Antonio, TX 78258 | | Professional Services | | | | $10,599.31 |
| Impact Floors of Texas LP<br>3700 Pipestone<br>Dallas, TX 75212 | | Trade debt | | | | $8,461.88 |
| Benchmark Landscapes LLC<br>1814 W. Howard Lane<br>Austin, TX 78728 | | Trade debt | | | | $6,811.56 |
| M & R Master Refinishing LLC<br>8111 Mainland<br>San Antonio, TX 78240 | | Trade debt | | | | $3,337.75 |
| Red Rose Plumbing, Inc.<br>PO Box 395<br>Floresville, TX 78114 | | Trade debt | | | | $2,685.20 |
| Realpage, Inc.<br>PO Box 11407<br>Birmingham, AL 35246 | | Trade debt | | | | $2,604.60 |
| Duane K. Killian<br>264 County Rd 2801 W<br>Mico, TX 78056 | | Trade debt | | | | $2,250.00 |
| PPG Architectural Finishes, Inc.<br>PO Box 676340<br>Dallas, TX 75267 | | Trade debt | | | | $1,723.82 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Terravista Partners - Pecan Manor, Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vamvoras Ltd** 4734 Shavano Oak San Antonio, TX 78249 | | Trade debt | | | | $1,145.00 |
| **Davila Electric Co., Inc.** 1842 Bandera Rd. San Antonio, TX 78228 | | Trade debt | | | | $750.00 |
| **Liberty Executive Staffing Ltd** 5718 Westheimer Rd., Ste. 1300 Houston, TX 77057 | | Trade debt | Disputed | | | $677.80 |
| **Staples Business Advantage** PO Box 70242 Philadelphia, PA 19176 | | Trade debt | | | | $578.59 |
| **ADT** PO Box 371878 Pittsburgh, PA 15250 | | Trade debt | | | | $464.74 |
| **AT & T** PO Box 5001 Carol Stream, IL 60197 | | Utilities | Unliquidated | | | $390.45 |
| **Protection One Alarm** PO Box 219044 Kansas City, MO 64121 | | Trade debt | | | | $371.78 |
| **Worldwide Pest Control** P.O. Box 5746 San Antonio, TX 78201 | | Trade debt | | | | $367.95 |
| **Whistle Clean-Romero International Inc** 19141 Stone Oak Pkwy., Ste. 104-221 San Antonio, TX 78258 | | Trade debt | | | | $345.00 |
| **Conservice LLC** PO Box 4696 Logan, UT 84323 | | Trade debt | Unliquidated | | | $292.32 |
| **City of San Antonio Financial Services Division** PO Box 60 San Antonio, TX 78291 | | Trade debt | | | | $230.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Terravista Partners - Pecan Manor, Ltd.** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apartments24-7.com**<br>**1250 W. Charleston Park Ave.**<br>**Pahrump, NV 89048** | | **Trade debt** | | | | $192.00 |

# United States Bankruptcy Court
## Western District of Texas

In re **Terravista Partners - Pecan Manor, Ltd.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Philip Stewart**<br>3306 Roselawn Rd.<br>San Antonio, TX 78226 | | **80%** | **Limited Partner** |
| **Terravista Corporation**<br>3306 Roselawn Rd.<br>San Antonio, TX 78226 | | **1%** | **General Partner** |
| **William Gregory**<br>3306 Roselawn Rd.<br>San Antonio, TX 78226 | | **19%** | **Limited Partner** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President of Terravista Corporation** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 6, 2019**

Signature **/s/ Philip W. Stewart**  
**Philip W. Stewart**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re: **Terravista Partners - Pecan Manor, Ltd.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of Terravista Corporation of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 6, 2019**

**/s/ Philip W. Stewart**
**Philip W. Stewart/President of Terravista Corporation**
Signer/Title

```
ADT
PO Box 371878
Pittsburgh, PA 15250


Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207


Apartments24-7.com
1250 W. Charleston Park Ave.
Pahrump, NV 89048


Aptexx Inc
11121 Kingston Pike STE E
Knoxville, TN 37934


AT & T
PO Box 5001
Carol Stream, IL 60197


Benchmark Landscapes LLC
1814 W. Howard Lane
Austin, TX 78728


Bexar County Housing Authority
1017 N. Main Ave., Ste. 201
San Antonio, TX 78205


City of San Antonio
Financial Services Division
PO Box 60
San Antonio, TX 78291


Coinmach Corporation
Attn: Regional Vice President
12831 Cogburn
San Antonio, TX 78249


Conservice LLC
PO Box 4696
Logan, UT 84323
```

```
Conservice Synergy
99 E. 700 S
Logan, UT 84321


CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001


Craig A. Bernstein
3710 Rawlins St., Ste. 1300
Dallas, TX 75219


Davila Electric Co., Inc.
1842 Bandera Rd.
San Antonio, TX 78228


Duane K. Killian
264 County Rd 2801 W
Mico, TX 78056


Dwight Bridge Fund LLC
c/o Dwight Capital, LLC
9400 4th St. North, Ste. 103
Saint Petersburg, FL 33702


Dwight Capital
Aaron Krawitz
787 Eleventh Ave., 10th Floor
New York, NY 10019


Ellis, Partners in Mystery Shopping
1333 Corporate Dr., Ste. 266
Irving, TX 75038


Haynes and Boone LLP
Aimee Furness
2523 Victory Avenue, Suite 700
Dallas, TX 75219


Impact Floors of Texas LP
3700 Pipestone
Dallas, TX 75212
```

```
Interline Brands, Inc. d/b/a Wilmar
P.O. Box 404284
Atlanta, GA 30384


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


IPFS Corporation
2777 Allen Pkwy., Ste. 550
Houston, TX 77019


Kasowitz Benson Torres LLP
Andrew K. Glenn and Wallace L. Schwartz
1633 Broadway
New York, NY 10019


Kings III of America, Inc.
751 Canyon Dr., #100
Coppell, TX 75019


Law Offices of R. David Fritsche
921 Proton Rd.
San Antonio, TX 78258


Liberty Executive Staffing Ltd
5718 Westheimer Rd., Ste. 1300
Houston, TX 77057


M & R Master Refinishing LLC
8111 Mainland
San Antonio, TX 78240


M T Sewer
1031 Bernard Dr.
San Antonio, TX 78221


Michele Gerred
Interline Brands, Inc. d/b/a Wilmar
PO Box 241566
Cleveland, OH 44124
```

Minol, L.P.
Attn: Wilmar J. Basson
15280 Addison Rd., #100
Addison, TX 75001

Philip Stewart
3306 Roselawn Rd.
San Antonio, TX 78226

PPG Architectural Finishes, Inc.
PO Box 676340
Dallas, TX 75267

Protection One Alarm
PO Box 219044
Kansas City, MO 64121

Realpage, Inc.
PO Box 11407
Birmingham, AL 35246

Red Rose Plumbing, Inc.
PO Box 395
Floresville, TX 78114

Republic Services
4542 SE Loop 410
San Antonio, TX 78222

San Antonio Housing Authority
818 S. Flores
San Antonio, TX 78205

San Antonio Water System
PO Box 2990
San Antonio, TX 78299-2990

Staples Business Advantage
PO Box 70242
Philadelphia, PA 19176

TAS United Answering Service
2819 Woodcliffe Dr.
San Antonio, TX 78230

```
Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 13528 Capitol Station
Austin, TX 78711-3528


Texas Workforce Commission
TWC Builing - Regulatory Integrity Divis
101 E. 15th Street
Austin, TX 78778-0001


Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


True Pest Control
262 Harcourt
San Antonio, TX 78223


United Core Management, Inc.
7334 Blanco Rd., #300
San Antonio, TX 78216


Vamvoras Ltd
4734 Shavano Oak
San Antonio, TX 78249


Whistle Clean-Romero International Inc
19141 Stone Oak Pkwy., Ste. 104-221
San Antonio, TX 78258


Worldwide Pest Control
P.O. Box 5746
San Antonio, TX 78201
```